PHILLIP A. TALBERT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney

    United States Attorney's Office
    501 I Street, Suite 10-100
    Sacramento, CA. 95814
    Telephone: (916) 554-2700

KRISTEN CLARKE
Assistant Attorney General, Civil Rights Division
CHRISTOPHER J. PERRAS
Special Litigation Counsel
SAMUEL A. KUHN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-3847

MATTHEW G. OLSEN
Assistant Attorney General, National Security Division

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-2007

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-257-DC |
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| DALLAS ERIN HUMBER, AND MATTHEW ROBERT ALLISON, | |
| Defendant. | |

    The United States of America respectfully requests that Jacob Warren and Patrick Cashman, Trial Attorneys with the DOJ's National Security Division, be added as counsel of record for the

DESIGNATION OF COUNSEL

1  plaintiff in the above-captioned case and added to the service list of actions.

2

3  Dated: December 23, 2024

                                      KRISTEN CLARKE
                                      Assistant Attorney General
                                      Civil Rights Division

                             By: *Christopher J. Perras*
                                      CHRISTOPHER J. PERRAS
                                      Special Litigation Counsel

DESIGNATION OF COUNSEL