FID 11713789

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA ,

v.

MATTHEW ROBERT ALLISON ,

Case No: 2:24−CR−00257−DJC

**FILED**
Mar 13, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## WARRANT FOR ARREST

**TO:** THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Matthew Robert Allison

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

### Indictment

charging him or her with *(brief description of offense)*

### Conspiracy

in violation of Title __18__ United States Code, Section(s) __371__

| J. Donati | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 9/5/24     Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   **NO BAIL**     by   **Magistrate Judge Carolyn K. Delaney**

---

### RETURN

This warrant was received and executed with the arrest of the above−named defendant

9/5/24              Alan Yao, SDUSM
Date Received       Name and Title of Arresting Officer

9/6/24              *[signature]* ARRESTED BY FBI/DISTRICT OF IDAHO
Date of Arrest      Signature of Arresting Officer

SEALED