MICHELE BECKWITH
Acting United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS ERIN HUMBER, and<br>MATTHEW ROBERT ALLISON,<br><br>Defendants. | CASE NO. 2:24-CR-00257-DC<br><br>NOTICE OF RELATED CASES<br><br>COURT: Hon. Dena M. Coggins |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH JACOB LAMB,<br><br>Defendant. | CASE NO. 2:25-CR-00152-TLN<br><br>NOTICE OF RELATED CASES<br><br>COURT: Hon. Troy L. Nunley |

## NOTICE OF RELATED CASES

The United States of America, by and through undersigned counsel for the government, notices the Court and the Clerk of the Court that the recently filed Indictment in *United States v. Noah Lamb*, Case No. 2:25-CR-00152-TLN, is related to the pending criminal case of *United States v. Dallas Humber et al.*, Case No. 2:24-CR-00257-DC.

The two above-captioned cases are related within the meaning of Eastern District of California Local Rule 123(a)(1) because both cases involve the same parties (Defendants

Humber, Allison, and Lamb), and the same terrorist organization (the Terrorgram Collective), and because both cases include the same criminal charges (Counts 1 and 6-12 against Humber and Allison; Counts 1-8 against Lamb) predicated on the same criminal conduct: the conspiracy, between Humber, Allison, and Lamb, to create a hit list of "high value targets" for assassination.  Accordingly, "both actions involve similar questions of fact and the same question[s] of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." L.R. 123(a)(3).

The United States therefore respectfully requests that pursuant to Local Rule 123(c), this Honorable Court (1) relate the Indictment in *United States v. Noah Lamb*, Case No. 2:25-CR-00152-TLN, to the earlier criminal case in *United States v. Dallas Humber et al.*, Case No. 2:24-CR-00257-DC; and (2) order the Clerk's Office to assign *United States v. Noah Lamb*, Case No. 2:25-CR-00152-TLN to the Honorable Dena Coggins pursuant to Local Rule 123(c)

Dated: July 2, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney