ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DALLAS ERIN HUMBER AND<br>MATTHEW ROBERT ALLISON,<br><br>　　　　　　Defendants. | CASE NO. 2:24-CR-00257-DC<br><br>NOTICE OF REQUEST TO SEAL GOVERNMENT FILING |

　　　Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Robert Abendroth, provides notice that it is requesting to file under seal: (1) a document filed with the Court in connection with the criminal prosecution of defendants DALLAS ERIN HUMBER AND MATTHEW ROBERT ALLISON based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents. The government respectfully requests that these documents remain under seal until further Order of the Court.

[CONTINUED ON NEXT PAGE]

NOTICE OF REQUEST TO SEAL

The aforementioned documents were electronically transmitted to the Court on September 12, 2025. Copies of the documents to be filed under seal were not served on the defendants in this case.

Dated: September 12, 2025

ERIC GRANT
United States Attorney

By: /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

NOTICE OF REQUEST TO SEAL

ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00257-DC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| DALLAS ERIN HUMBER AND MATTHEW ROBERT ALLISON, | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's document and government's Request to Seal shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's document serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: _____

The Honorable Dena Coggins
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

1