JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

KYLE KNAPP, Bar #166587
Attorney at Law
916 2nd Street, Second Floor
Sacramento, CA 95814
Telephone: (916) 441-4717
kyleknapp@sbcglobal.net

Attorneys for Defendant
MATTHEW ROBERT ALLISON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MATTHEW ROBERT ALLISON,<br>Defendant. | Case No. 2:24-CR-0257-DC<br>**ORDER** |

Upon application of the defendant Matthew Allison, through counsel, and good cause being shown as set forth in defendant's notice and request to seal,

IT IS HEREBY ORDERED that Defendant's Ex Parte, Sealed Brief Regarding Discovery Under the Classified Information Procedures Act (CIPA) and

Foreign Intelligence Surveillance Act (FISA) shall be SEALED until further order of the court.

IT IS SO ORDERED.

Dated: **July 29, 2026**

Dena Coggins
United States District Judge